## SETZER V. MERTZ.

(Decided June 9, 1908.)

Appeal from Mobile Circuit Court.

Heard before Hon. Samuel B. Browne.

Boyles & Cohn, for appellant. Francis J. Inge, for appellant.

DOWDELL, J.   Affirmed on the authority of *Andrews v. Hall,* 132 Ala. 320; *Tobias v. Josiah Morris & Co.,* 132 Ala. 267; *Zirkle & Moore v. Jones,* 129 Ala. 444; *Brown v. Commercial Fire Ins. Co.,* 86 Ala. 189.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.